UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN LEWIS,

        Plaintiff,

- against -

THE CITY OF NEW YORK, POLICE OFFICER SHAWN JOHNSTON, ID #947782, POLICE OFFICER STEPHEN KEREKES, ID #947129, POLICE OFFICER JOHN DAMACCO, ID #946892, and SARGEANT ALEX MONTESQUIEU, ID #928799,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
12-CV-2836 (RRM) (RML)

        A Memorandum and Order of the undersigned having been filed this day dismissing the complaint, it is

        ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendants, that the complaint is dismissed, and this case is closed.

Dated: Brooklyn, New York
       December 24, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge